Donald BUCCI, Plaintiff—Appellee,

v.

VILLAGE OF POLAND; Defendant,

Patrick Klingensmith, Defendant—Appellant.

No. 03–4209.

United States Court of Appeals, Sixth Circuit.

May 3, 2004.

Gordon S. Friedman, Friedman & Gilbert, Cleveland, OH, for Plaintiff–Appellee.

John T. McLandrich, James A. Climer, Robert F. Cathcart, Mazanec, Raskin & Ryder, Cleveland, OH, for Defendant–Appellant.

Before GUY and GILMAN, Circuit Judges; and BARZILAY, Judge.*

## ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is **ORDERED** that the judgment of the district court be, and it hereby is,

---

\* The Honorable Judith M. Barzilay, United States Court of International Trade, sitting by designation.

affirmed upon the opinion of the district court.